BASSINI, Respondent, v. TWYFORD, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1901.) Action by Eugene Bassini against Edwin S. Twyford. No opinion. Judgment of the municipal court affirmed by default, with costs.

BEHRENS, Appellant, v. IVES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 8, 1901.) Action by Louisa Behrens, as administratrix, etc., against Frederick W. Ives and Cora R. Ives. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered for the defendant, with costs.

BERNSTEIN, Respondent, v. BEHRMAN, Appellant. (Supreme Court, Appellate Term, June, 1901.) Action by Isaac Bernstein against Jacob D. Behrman. Stanislaus N. Tuckman, for appellant. Marks & Marks, for respondent. PER CURIAM. There is nothing in this appeal. There was only a question of fact, as to which the testimony was conflicting. Judgment affirmed, with costs.

In re BETTMAN. (Supreme Court, Appellate Division, First Department. October 25, 1901.) In the matter of Marcus A. Bettman. No opinion. Motion to dismiss appeal granted, with $10 costs.

In re BOARD OF RAPID TRANSIT R. COM'RS. (Supreme Court, Appellate Division, Second Department. October 14, 1901.) In the matter of the application of the board of rapid transit railroad commissioners for the city of New York for the appointment of three commissioners to determine whether a rapid transit railway or railways for the conveyance and transportation of persons and property, as determined by said board, ought to be constructed and operated,—Brooklyn-Manhattan rapid transit. No opinion. William C. Bryant, Richard H. Laimbeer, and Frederick R. Kellogg appointed commissioners, and order signed.

BORRILL, Appellant, v. BARTON, Respondent. (Supreme Court, Appellate Term. June, 1901.) Action by Albert Borrill against Minnie H. Barton. William Henry Knox, for appellant. G. A. C. Barnett, for respondent. PER CURIAM. This case was tried with that of Richardson v. Borrill (Sup.) 65 N. Y. Supp. 1144, and upon the same evidence so far as applicable. If the latter case was rightly decided, as we think it was, it is not apparent how this judgment can be sustained. That action was for the replevin of certain goods sold by the defendant here to the plaintiff, and claimed to have been the property of defendant's daughter. The present action is for two pieces of furniture which was delivered back to defendant. She claims that they were sent back to her on her demand, because not included in the bill of sale. The plaintiff and his wife say that they were sold to defendant at her request. At all events they were within the issues decided in Richardson v. Borrill. The defendant herself testifies: "We got two pieces, and the expressman took them down. One was a tea table, and the other a hat rack. They are in the list demanded in the other action, because we did not separate them." We think that the judgment in Richardson v. Borrill was decisive of the only question involved in the present action. Judgment reversed, and new trial ordered, with costs to abide the event.

BRADY v. KENNEDY et al. (Supreme Court, Appellate Division, First Department. October 25, 1901.) Action by William A. Brady against James C. Kennedy and others. No opinion. Motion denied.

BRADY, Respondent, v. MONARCH SHOE CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 23, 1901.) Action by Arthur C. Brady against the Monarch Shoe Company. No opinion. Order affirmed, with $10 costs and disbursements. See Hayes v. Garson, 25 App. Div. 115, 49 N. Y. Supp. 220.

BRALL, Respondent, v. CLAUSON, Appellant. (Supreme Court, Appellate Term. June, 1901.) Action by William H. Brall against William Clauson. Lamb & Voss (David W. Guernsey, of counsel), for appellant. Jerome Eisner, for respondent. No opinion. Judgment (71 N. Y. Supp. 311) affirmed, with costs.

In re BRENNER. (Supreme Court, Appellate Division, Second Department. October 14, 1901.) In the matter of the application of Jacob Brenner, as commissioner of jurors in the county of Kings, to compel the delivery of the books and papers belonging or appertaining to such office of commissioner of jurors in the county of Kings, and now in the possession of William E. Melody. No opinion. Appeal transferred to the Third department.

In re BRENNER. (Supreme Court, Appellate Division, Second Department. October 14, 1901.) In the matter of the application of Jacob Brenner to compel the delivery to him by William E. Melody of the books and papers of the office of commissioner of jurors. No opinion. Appeal transferred to the Third department.

BRIERLY, Respondent, v. CONNELLY, Appellant. (Supreme Court, Appellate Term. June, 1901.) Action by John J. Brierly against Martin Connelly. John P. Flanigan, for appellant. Thomas Garret Fennell, for respondent. PER CURIAM. There were questions of fact upon which the evidence was conflicting. The case was submitted to the jury under an unexceptionable charge. There are no exceptions in the case calling for comment. Judgment should be affirmed, with costs, without opinion. Judgment affirmed, with costs.

BRODSKY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. June, 1901.) Action by